UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TRI-CITY ELECTRIC COMPANY OF IOWA,<br><br>    Plaintiff,<br><br>v.<br><br>HEATHER RIDGE IL TC, LP, AMERICAN PRSERVATION BUILDERS, LLC; BERKADIA COMMERCIAL MORTGAGE LLC; ILLINOIS HOUSING DEVELOPMENT AUTHORITY; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT; ZIONS BANCORPORATION, NATIONAL ASSOCIAITON, AS TRUSTEE; R.P. LUMBER CO., INC.; STORM RECOVERY ROOFING & SIDING; NU-TREND ACCESSIBILITY SYSTEMS INC.; CITY OF ROCK ISLAND, ILLINOIS; BLACKHAWK TOWNSHIP, ILLINOIS; ROCK ISLAND COUNTY, ILLINOIS; UNKNOWN OWNERS; NON-RECORD CLAIMANTS; INTERESTED PERSONS; and UKNOWN NECESSARY PARTIES,<br><br>    Defendants. | Case No. 23-cv-4135<br><br>Chief Judge Sara Darrow<br><br>Magistrate Judge Jonathan E. Hawley |

**TRI-CITY'S MOTION FOR DEFAULT JUDGMENT AGAINST HEATHER RIDGE IL TC, LP AND AMERICAN PRESERVATON BUILDERS, LLC**

Plaintiff Tri-City Electric Company of Iowa ("Tri-City"), by and through its undersigned counsel, and in accordance with Rule 55 of the Federal Rules of Civil Procedure, hereby requests that the Court enter default judgment against American Preservation Builders, LLC and Heather Ridge IL TC, LP. In support of this motion, Tri-City attaches the Declaration of attorney Michael A. Koury as **Exhibit 1** and states as follows:

1.  Tri-City, as a subcontractor, was engaged by American Preservation Builders, LLC ("APB"), as general contractor, to provide electrical installation and related services and material on the construction and improvement of the Heather Ridge Apartments, a multi-family housing development in Rock Island, Illinois (the "Project"). The Project was owned by Heather Ridge IL TC, LP (the "Owner").

2.  After Tri-City was not fully paid for its work on the Project in accordance with its subcontract with APB, it recorded a mechanic's lien (the "Lien") against the real estate on which the Project was located (the "Real Estate").

3.  On July 13, 2023, Tri-City filed a Complaint in the Circuit Court for the Fourteenth Judicial Circuit, seeking to foreclose its Lien. (*See* **Exhibit 1-A**.)

4.  Tri-City's Complaint named as defendants APB, the Owner, and various other parties which Tri-City believed could have a financial interest in the Real Estate, including but not limited to the Secretary of Housing and Urban Development and the United States Department of Housing and Urban Development (collectively "HUD").

5.  On July 26, 2023, Renee B. Weiss, holding herself out as General Counsel of APB and the Owner, accepted service of the Complaint on behalf of both entities. (*See* **Exhibit 1-B**.)

6.  On August 22, 2023, HUD removed this matter from state court to this Court.

7.  Fed.R.Civ.P.81(c) governs removed actions and prescribes certain periods for the service of an answer or other response to the removed complaint. Rule 81(c)(2) provides that a defendant who has not answered the removed complaint must answer or present other defenses or objections, under these rules, within the longest of (a) 21 days after receiving – through service or otherwise – a copy of the initial pleading stating the claim for relief; (b) 21 days after being served

with a summons for an initial pleading on file at the time of service; or (c) 7 days after the Notice of Removal is filed.

8. Taking into consideration the various options for determining the longest time periods to answer or respond to this removed complaint, as recited above, ABP and the Owner were required to file their initial pleading in this matter 7 days after removal, i.e. on August 29, 2023.

9. As of the date of the present motion, neither ABP nor the Owner have appeared or filed a responsive pleading in this matter.

10. On November 7, 2023, APB, the Owner, and an affiliated entity entered into a settlement agreement with Tri-City whereby they committed to pay Tri-City $230,959.73 on or before December 1, 2023 (the "Settlement Agreement"). (*See* **Exhibit 1-C**.)

11. APB and Owner failed to timely make payment to Tri-City, thus defaulting on the terms of the Settlement Agreement.

12. In accordance with Section 8 of the Settlement Agreement, on December 6, 2023, Tri-City sent formal notice of default to ABP and the Owner that they were in default of the Settlement Agreement. (*See* **Exhibit 1-D**.) ABP and the Owner have had ample opportunity to cure their default but have failed to do so.

13. In the event of a default under the terms of the Settlement Agreement, Tri-City has the right to proceed with the present lien foreclosure action. The last sentence of Section 8 of the Settlement Agreement states: "In the event that Tri-City elects to proceed with the Lawsuit in which it seeks to foreclose its Lien Claim, [Owner and ABP] will stipulate without need to adjudicate any question of fact or law that the relief sought under the Mechanics Lien Act (the "Act") is due and owing and the amount due Tri-City pursuant to the Subcontract and its rights

under the Act is $230,959.73 *plus* attorney's fees and interest (at the rate of 10% per annum) which might have been incurred by Tri-City after the Effective Date hereof." (Exh. 1-C at § 8.)

14. Pursuant to Rule 55 of the Federal Rules of Civil Procedure, when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

15. Pursuant to Rule 55, as well as its rights and remedies under the Settlement Agreement, Tri-City seeks an order of default be entered against APB and the Owner and that this matter be continued for further proceedings to prove up Tri-City's entitlement to interest and additional attorney fees pursuant to Section 8 of the Settlement Agreement and establish any priority between Tri-City and any other defendants claiming a competing interest in the Real Estate.

WHEREFORE, Tri-City requests that this Court enter an order: (i) entering a default judgment in favor of Tri-City and jointly and severally against American Preservation Builders, LLC and Heather Ridge IL TC, LP in this lien foreclosure action in the amount of Two Hundred Thirty Thousand Nine Hundred Fifty-Nine Dollars and Seventy-Three Cents ($230,959.73) and for the relief requested in Tri-City's Complaint; (ii) setting a status hearing for a later date for prove-up of additional attorney fees, interest, and the priority of Tri-City's claims vis-à-vis the other remaining defendants; and granting such further relief the Court deems appropriate and just.

Respectfully submitted,

/s/Marissa L. Downs

Marissa L. Downs
LAURIE & BRENNAN, LLP
2 N. Riverside Plaza, Suite 1750
Chicago, Illinois 60606
T: (312) 445-8780

4

F: (312) 948-9055
mdowns@lauriebrennan.com

Michael A. Koury
BUSH, MOTTO, CREEN, KOURY &
HALLIGAN, P.L.C.
5505 Victoria Ave, Suite 100
Davenport, Iowa 52807
T: (563) 344-4900
F: (563) 344-8961
makoury@bmcklaw.com

*Counsel for Tri-City Electric Company of Iowa*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Marissa L. Downs