UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

TRI-CITY ELECTRIC COMPANY OF IOWA,

    Plaintiff,

v.

HEATHER RIDGE IL TC, LP, AMERICAN PRESERVATION BUILDERS, LLC; BERKADIA COMMERCIAL MORTGAGE LLC; ILLINOIS HOUSING DEVELOPMENT AUTHORITY; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT; STORM RECOVERY ROOFING & SIDING; NU-TREND ACCESSIBILITY SYSTEMS INC.; CITY OF ROCK ISLAND, ILLINOIS; MILLENNIA HOUSING DEVELOPMENT, LTD.; UNKNOWN OWNERS; NON-RECORD CLAIMANTS; INTERESTED PERSONS; and UKNOWN NECESSARY PARTIES,

    Defendants.

Case No. 23-cv-4135

Chief Judge Sara Darrow

Magistrate Judge Jonathan E. Hawley

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

The undersigned parties of record, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal *with prejudice* of this action and all claims and defenses asserted therein. Each party shall bear its own fees and costs.

**Tri-City Electric Company of Iowa**
*By:* s/Marissa L. Downs

Ryan A. Hiss
Marissa L. Downs
Brendan Witry
LAURIE & BRENNAN, LLP
2 N. Riverside Plaza, Suite 1750
Chicago, Illinois 60606
T: (312) 445-8780
F: (312) 948-9055
rhiss@lauriebrennan.com
mdowns@lauriebrennan.com
bwitry@lauriebrennan.com

Michael A. Koury
BUSH, MOTTO, CREEN, KOURY & HALLIGAN, P.L.C.
5505 Victoria Ave, Suite 100
Davenport, Iowa 52807
T: (563) 344-4900
F: (563) 344-8961
makoury@bmcklaw.com

**Berkadia Commercial Mortgage LLC**
*By:* s/Christina J. Lesko

Christina J. Lesko
Punit K. Marwaha
Troutman Pepper Hamilton Sanders LLP
227 W. Monroe St., Suite 3900
Chicago, Illinois 60606
312-759-5949 office
christina.lesko@troutman.com
punit.marwaha@troutman.com

**Storm Recovery Roofing & Siding**
*By:* s/Stephen P Wing

Stephen P Wing
DWYER & WING, P.C.
1503 Brady Street
Davenport, IA 52803
563-323-3000
Fax: 563-323-7452
spwing@iabar.org

**Heather Ridge IL TC, LP; American Preservation Builders, LLC; Illinois Housing Development Authority; and Millennia Housing Development, Ltd.**
*By:* s/Bradley K. Staubus

Bradley K. Staubus
Esposito & Staubus, LLP
7055 Veterans Blvd., Unit 5
Burr Ridge, IL 60527
T: (312) 346-2766
F: (312) 346-3177
bks@eslaw500.com

**The United States of America, on behalf of its agency, the U.S. Department of Housing and Urban Development ("HUD")**
*By:* s/Kathy L. Swett

Kathy L. Swett
Assistant United States Attorney
1830 2nd Ave.
Rock Island, IL 61201
309-283-3316
kathy.swett@usdoj.gov

**City of Rock Island**
*By:* s/Jeffrey Wright

Jeffrey Wright
Allison Wright
Pappas Wright, PC
1617 2nd Ave, Rock Island, IL 61201
(309) 788-7110
jwright@pappaswright.com
awright@pappaswright.com

**Nu-Trend Accessibility Systems, Inc.**
*By:* s/ Glenn F. Ruud

Glenn F. Ruud
Hopkins & Huebner, P.C.
100 E. Kimberly Road, Suite 400
Davenport, IA 52806-5944
Telephone: 563-445-2254
Facsimile: 563-445-2255
gruud@hhlawpc.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Marissa L. Downs